IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R. JEREMIAH PREECE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE COVENANT PRESBYTERIAN CHURCH,<br><br>　　　　　Defendant. | 8:13CV188<br><br>AMENDED ORDER FOR INITIAL PROGRESSION OF CASE |

This matter is before the court on the parties' Joint Motion for Extension of Pretrial Deadlines (Filing No. 34). Upon consideration,

**IT IS ORDERED:**

The parties' Joint Motion for Extension of Pretrial Deadlines (Filing No. 34) is granted as set forth below.

**IT IS FURTHER ORDERED:** The provisions of the court earlier, initial progression order remain in effect, and in addition to those provisions, the following shall apply:

1.　**Planning Conference.** A telephone conference with the undersigned magistrate judge will be held **on July 18, 2014, at 10:00 a.m.**, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call.** (At the request of the parties, the conference may be held in chambers). Prior to the conference counsel for the parties shall have:

   a.　Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;
   b.　Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;
   c.　Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);
   d.　Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;
   e.　Provided their report(s) on the status of mediation and other settlement efforts as required in paragraph 2, above; and
   f.　Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

2.　**Motions to alter dates.** All requests for changes of deadlines established by this order shall be directed to the magistrate judge by appropriate motion.

3. Trial is tentatively rescheduled for three to four trial days beginning **February 17, 2015**.

Dated this 8th day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge