IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD JEREMIAH PREECE, an Individual,** | |
| Plaintiff, | 8:13CV188 |
| vs. | ORDER |
| **THE COVENANT PRESBYTERIAN CHURCH, a Nebraska non-profit domestic corporation,** | |
| Defendant. | |

    This matter is before the court on the defendant's Motion in Limine (Filing No. 76). The defendant filed a brief (Filing No. 78) and index of evidence (Filing No. 77) in support of the motion. The plaintiff did not respond to the motion.

    The plaintiff is asserting claims against the defendant for: 1) discrimination on the basis of sex, in violation of Title VII of the Civil Rights Act of 1967, as Amended, 42 U.S.C. § 2000e-2, *et seq.* (Title VII), and the Nebraska Fair Employment Practices Act, Neb. Rev. Stat. § 48-1101, *et seq.* (NFEPA); 2) discrimination on the basis of his marital status, in violation of the NFEPA; and 3) retaliation in violation of Title VII and the NFEPA. **See** Filing No. 1 - Complaint. As relevant to the instant motion, the underlying basis of the plaintiff's sex discrimination claim is that the defendant's Executive Pastor, Jeremy Grant (Pastor Grant), allegedly subjected the plaintiff to uninvited physical contact and suggestive emails, calls, and messages on a number of occasions. The plaintiff alleges the defendant terminated him in July 2012 due to his sex, marital status, and in retaliation for his complaints about Pastor Grant. *Id.* The defendant generally denies the plaintiff's allegations. **See** Filing No. 13 - Answer.

    In the instant motion, the defendant seeks to preclude speculative testimony from the plaintiff on three topics: 1) the plaintiff's testimony about what the defendant's Human Resources Team or the Executive Pastor would have done had it received certain information; 2) the plaintiff's testimony about an allegedly drugged drink; and 3) the plaintiff's testimony about what he thinks is the reason his predecessor was terminated. **See** Filing No. 78 - Brief §§ I, III, and IV. The defendant also seeks to

preclude improper character evidence about Pastor Grant.  *Id.* § II.  Upon consideration, and in light of the fact the plaintiff has not opposed the motion,

**IT IS ORDERED**:

The defendant's Motion in Limine (Filing No. 76) is granted.

Dated this 12th day of March, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge

2