IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD JEREMIAH PREECE, an Individual,** | |
| **Plaintiff,** | **8:13CV188** |
| vs. | **ORDER** |
| **THE COVENANT PRESBYTERIAN CHURCH, a Nebraska non-profit domestic corporation,** | |
| **Defendant.** | |

This matter is before the court on the defendant's request to present live testimony during the hearing scheduled for **Monday, April 13, 2015, at 10:00 a.m.**  The defendant states that although testimony from Pastor Kevin McDonald is contained in an affidavit, the defendant would prefer him to testify in person to provide "a level of detail and explanation regarding Plaintiff's job duties and responsibilities that cannot possibly all be set forth in an affidavit."  **See** Filing No. 100 - Brief p. 8.  Under the circumstances, the court will allow live testimony from Pastor Kevin McDonald at the hearing.  The plaintiff may also present live testimony to complete or refute the defendant's testimony during the hearing.

**IT IS SO ORDERED**.

Dated this 9th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge